■ STEVEN DRAKE, Appellant, v STATE OF NEW YORK, Respondent (Appeal No. 1.)—Judgment unanimously affirmed, without costs, for the reasons stated at Court of Claims (97 Misc 2d 1015), Lowery, J. (Appeal from

judgment of Court of Claims—dismiss claim.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Moule, JJ.